United States Bankruptcy Court
Eastern District of Pennsylvania

In re:     Case No. 25-12043-pmm
Sharif Ahmed     Chapter 7
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2
Date Rcvd: May 27, 2025     Form ID: 309A     Total Noticed: 36

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 29, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sharif Ahmed, 26 Hampden Road, Upper Darby, PA 19082-2516 |
| 15011366 | | CHKG/WAEPA, PO Box 4500, Allen, TX 75013-1311 |
| 15011367 | + | Commonwealth of Pennsylvania, School Bus Safety Program, PO Box 411472, Boston, MA 02241-1472 |
| 15011371 | + | Maryland Work Speed Monitoring System, PO Box 17648, Baltimore, MD 21297-1648 |
| 15011372 | + | Memorial Sloan Kettering Cancer Center, PO Box 26352, New York, NY 10087-6352 |
| 15011373 | | Minuteclinic Diagnostic of Pennsylvania, Attn: 8438M, PO Box 14000, Belfast, ME 04915-4033 |
| 15011377 | + | Penn Home IT, PO Box 824474, Philadelphia, PA 19182-4474 |
| 15011379 | + | Philadelphia Parking Violations, PO Box 41819, Philadelphia, PA 19101-1819 |
| 15011380 | | Rocket/Deserve/Celtic, 1010 Doyle St, Menlo Park, CA 94025-4518 |
| 15011382 | + | Tolls By Plate, PO Box 15183, Albany, NY 12212-5183 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: brad@sadeklaw.com | May 28 2025 04:04:00 | BRAD J. SADEK, Sadek Law Offices, LLC, 1500 JFK Boulevard, Ste 220, Philadelphia, PA 19102 |
| tr | + | EDI: QRHHOLBER.COM | May 28 2025 08:02:00 | ROBERT H. HOLBER, Robert H. Holber PC, 41 East Front Street, Media, PA 19063-2911 |
| smg | | Email/Text: megan.harper@phila.gov | May 28 2025 04:04:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | EDI: PENNDEPTREV | May 28 2025 08:02:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| ust | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | May 28 2025 04:04:00 | United States Trustee, Office of United States Trustee, Robert N.C. Nix Federal Building, 900 Market Street, Suite 320, Philadelphia, PA 19107-4202 |
| 15011362 | ^ | MEBN | May 28 2025 04:01:19 | AllianceOne Receivable Management, Inc., 3043 Walton Road, Suite 201, Plymouth Meeting, PA 19462-2389 |
| 15011363 | | EDI: GMACFS.COM | May 28 2025 08:02:00 | Ally Financial, Inc, Attn: Bankruptcy, PO Box 380901, Bloomington, MN 55438-0901 |
| 15011364 | | EDI: BANKAMER | May 28 2025 08:02:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 15011361 | | Email/Text: megan.harper@phila.gov | May 28 2025 04:04:00 | City of Philadelphia, Tax & Revenue Unit, 1401 John F. Kennedy Blvd., Philadelphia, PA 19102 |
| 15011365 | | EDI: CAPITALONE.COM | May 28 2025 08:02:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15011368 | + | EDI: CCS.COM | May 28 2025 08:02:00 | Credit Collection Services, 725 Canton Street, |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 27, 2025 | Form ID: 309A | Total Noticed: 36 |

| | | | | |
|---|---|---|---|---|
| | | | | Norwood, MA 02062-2679 |
| 15011369 | | EDI: DISCOVER | May 28 2025 08:02:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 15011354 | + | EDI: IRS.COM | May 28 2025 08:02:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15011370 | | EDI: JPMORGANCHASE | May 28 2025 08:02:00 | Jpmcb, MailCode LA4-7100, 700 Kansas Ln, Monroe, LA 71203-4774 |
| 15011374 | | Email/Text: EBN@Mohela.com | May 28 2025 04:04:00 | Mohela, 633 Spirit Drive, Chesterfield, MO 63005 |
| 15011375 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | May 28 2025 04:04:00 | NJ E-ZPass, PO Box 4971, Trenton, NJ 08650 |
| 15011376 | ^ | MEBN | May 28 2025 04:01:16 | PA Turnpike Toll By Plate, PO Box 645631, Pittsburgh, PA 15264-5254 |
| 15011357 | | Email/Text: fesbank@attorneygeneral.gov | May 28 2025 04:04:00 | Pennsylvania Office of Attorney General, Attn: Financial Enforcement Section, Strawberry Square, 15th Floor, Harrisburg, PA 17120 |
| 15011378 | ^ | MEBN | May 28 2025 04:01:18 | Penn Medicine, PO Box 824406, Philadelphia, PA 19182-4406 |
| 15011355 | + | EDI: PENNDEPTREV | May 28 2025 08:02:00 | Pennsylvania Department of Revenue, Attn: Bankruptcy Division, Department 280946, Harrisburg, PA 17128-0001 |
| 15011358 | ^ | MEBN | May 28 2025 04:01:23 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 15011360 | + | Email/Text: bankruptcy@philapark.org | May 28 2025 04:04:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-1538 |
| 15011381 | + | Email/Text: bankruptcynotices@sba.gov | May 28 2025 04:04:00 | Small Business Association, 409 3rd St., SW, Washington, DC 20416-0002 |
| 15011359 | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | May 28 2025 04:04:00 | U.S. Attorney's Office, 615 Chestnut Street, 12th Floor, Philadelphia, PA 19106-4404 |
| 15011356 | ^ | MEBN | May 28 2025 04:01:08 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 15011383 | ^ | MEBN | May 28 2025 04:01:03 | Utility Selfreported, PO Box 4500, Allen, TX 75013-1311 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 29, 2025        Signature:        /s/Gustava Winters

| Information to identify the case: | | | |
|---|---|---|---|
| **Debtor 1:** | Sharif Ahmed <br> First Name  Middle Name  Last Name | Social Security number or ITIN: xxx–xx–2974 <br> EIN: \_\_–_____ | |
| **Debtor 2:** <br> (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN: \_ \_ \_ \_ <br> EIN: \_\_–_____ | |
| United States Bankruptcy Court: | Eastern District of Pennsylvania | Date case filed for chapter: 7    5/23/25 | |
| Case number: | 25–12043–pmm | | |

Official Form 309A (For Individuals or Joint Debtors)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    10/20
**\*\*Debtor's Photo ID & Social Security Card must be presented to the Trustee prior to the 341 meeting.\*\***

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Sharif Ahmed | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 26 Hampden Road <br> Upper Darby, PA 19082 | |
| 4. | **Debtor's attorney** <br> Name and address | BRAD J. SADEK <br> Sadek Law Offices, LLC <br> 1500 JFK Boulevard <br> Ste 220 <br> Philadelphia, PA 19102 | Contact phone 215–545–0008 <br> Email: brad@sadeklaw.com |
| 5. | **Bankruptcy trustee** <br> Name and address | ROBERT H. HOLBER <br> Robert H. Holber PC <br> 41 East Front Street <br> Media, PA 19063 | Contact phone (610) 565–5463 <br> Email: trustee@holber.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**     page 1

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 900 Market Street<br>Suite 400<br>Philadelphia, PA 19107 | Hours open:<br>Philadelphia Office –– 9:00 A.M. to 4:00 P.M; Reading Office –– 9:00 A.M. to 4:00 P.M.<br><br>Contact phone (215)408–2800<br><br>Date: 5/27/25 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **June 25, 2025 at 03:20 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: **The meeting is by Zoom. Go to Zoom.us, Click on JOIN or call 1 (267) 635–2353, Enter Meeting ID 553 798 0544, and Passcode 9076919462**<br><br>For additional meeting info. go to https://www.justice.gov/ust/moc |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 8/25/25** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov . If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |